United States District Court
for the District of New Jersey

**UNITED STATES OF AMERICA**

        Plaintiff

**JOSE SANTIAGO**

        Defendant

Criminal No. 08-652

Order of Reassignment

It is on this 13th day of January 2009,

O R D E R E D that the entitled action is reassigned

from Judge William H. Walls to Judge William J. Martini.

        S/Garrett E. Brown, Jr.
    Garrett E. Brown, Jr., Chief Judge
    United States District Court